IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Ryan C. Sellers, On Behalf of Herself And all Others Similarly Situated, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:17-cv-2758-RMG |
| v. | |
| Keller Unlimited, LLC, DBA Two Keys Tavern, 57 Limited, LLC, DBA Two Keys Public House, and Mark Keller, individually, | **AMENDED ORDER** |
| Defendants. | |

Before the Court is Plaintiffs' motion to amend the Court's order that granted them summary judgment on damages. (Dkt. No. 67.) Plaintiffs' counsel represents that she made an error calculating damages sought by including hours outside the three-year statute of limitations for Plaintiff Ryan Sellers and, as a result, that the damages calculation submitted to the Court was incorrect as to Plaintiff Sellers. Based on the incorrect calculation, the Court awarded Plaintiffs damages in the amount of $63,043.66. (Dkt. No. 66.) Plaintiffs now seek to amend the order of damages to be $51,696.29.

For good cause shown, the Court **GRANTS** Plaintiffs' motion to amend and **ORDERS** that Plaintiffs are awarded $51,696.29 in damages and $69,973.46 in attorneys' fees and costs.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

August 28, 2019
Charleston, South Carolina

1